1  **DOUGLAS I. HORNGRAD**
   **Attorney at Law**
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133-2926
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  **VI TRUONG**

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,            Case No. 2:09-cr-00421-GEB

12         Plaintiff,
                                        **STIPULATION AND ORDER FOR**
13     v.                               **SUBSTITUTION OF PROPERTY**
                                        **SECURING BOND**
14 VI TRUONG,

15         Defendant.
   _____/
16

17     IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Jason Hitt, counsel for plaintiff, and the below signed counsel for defendant Vi Truong that

19 the real property securing the bond for Mr. Vi Truong be transferred to:

20     1228-1234 12th Ave, Oakland, CA

21     Rebecca Cooc, Mr. Truong's niece, is the sole owner of the property. This transfer

22 is respectfully requested to this property which has more than $350,000 in equity to secure

23 the bond. The bond for Mr. Truong was set at $500,000, secured by at least $350,000.

24 Counsel for Mr. Truong has spoken with Mr. Hitt, who stated that he does not object to this

25 request and is agreeable to allowing Mr. Truong to secure his bond with the above mentioned

26 property.

27     Counsel has forwarded an appraisal and a title report to Mr. Hitt for his review. He

28 has reviewed the documents and is agreeable to having the bond secured with the property

owned by Ms. Cooc.  Mr. Hitt gave his verbal authorization for this filing.

    SO STIPULATED

DATED: October 25, 2011             /s/ Douglas Horngrad
                                         DOUGLAS I. HORNGRAD
                                         Counsel for Defendant Vi Truong

DATED: October 25, 2011             /s/ Jason Hitt
                                         JASON HITT
                                         Assistant U.S. Attorney
                                         Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: October 26, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE