1  **DOUGLAS I. HORNGRAD**
   **Attorney at Law**
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133-2926
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  **VI TRUONG**

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            Case No. 2:09-cr-00421-GEB

12 |         Plaintiff,                   **STIPULATION AND ORDER TO**
                                          **VACATE SUBSTITUTION OF**
13 |    v.                                **PROPERTY SECURING BOND**
                                          **AND RETURN ORIGINAL**
14 | VI TRUONG,                           **PROPERTY TO THE COURT**

15 |         Defendant.
                                   /
16 | _____

17       IT IS HEREBY STIPULATED by and between Assistant United States Attorney

18 Jason Hitt, counsel for plaintiff, and the below signed counsel for defendant Vi Truong that

19 the Court vacate the order signed on October 26, 2011, substituting the property securing the

20 defendant's bond. Defendant respectfully requests that the original property proffered to

21 secure Mr. Truong's bond remain with the Court as security for his bond.

22       After the October, 26, 2011 order was signed, the Court provided the property owner,

23 Sherry Hoang, with the original deed of trust and the substitution of trustee and full

24 reconveyance for each property. The original deed of trust and the substitution of trustee and

25 //

26 //

27 //

28 //

full reconveyance documents have been returned to the Clerk of the Court via express mail.

SO STIPULATED

DATED: December 1, 2011  /s/ Douglas Horngrad
DOUGLAS I. HORNGRAD
Counsel for Defendant Vi Truong

DATED: December 1, 2011  /s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: December 2, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE