```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GARY TRUONG
 6

 7

 8                   UNITED STATES DISTRICT COURT

 9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,    ) Case No. 09-421 GEB
                                 )
11              Plaintiff,       ) STIPULATION AND ORDER TO ALLOW
                                 ) TEMPORARY RELEASE OF GARY TRUONG
12       v.                      )
                                 ) Date:  December 8, 2011
13  GARY TRUONG,                 ) Time:  2:00 p.m.
                                 ) Judge: Kendall J. Newman
14              Defendant.       )
    _____)
15
```

THE PARTIES STIPULATE, through their respective attorneys, that the Court should allow the temporary release of Gary Truong.

On November 22, 2011, Pik Lam (Michelle) Chan, Mr. Troung's fiancee, was admitted to the critical care unit of Eden Medical Center, San Leandro Hospital Campus, San Leandro, California. Ms. Lam suffers from kidney and liver failure. Ms. Lam's prognosis is dire.

The parties stipulate that the Court should order the temporary release of Gary Truong to enable him to visit Ms. Lam. The parties stipulate that the Court should impose the following conditions of release:

1. that the defendant be released from the Butte County Jail on Monday, December 12, 2011, at 9:00 a.m. to the temporary custody of Nhi

Stipulation To Temporary Release        1                    09-421 GEB

Truong, the defendant's father, who has agreed to act as a third party custodian;

2. that upon release the defendant shall remain with the third party custodian, and reside at his residence located at 705 25th Street, Oakland, California 94612;

3. that the defendant shall be at the residence of the third party custodian from 9:00 p.m. until 6:00 a.m. each evening, unless he is required to be at the hospital;

4. that the defendant shall report by telephone to the Pretrial Services Agency each day; and,

5. that the defendant shall return to the Butte County Jail by 2:00 pm on December 19, 2011.

Dated: December 8, 2011            Respectfully submitted,

                                   DANIEL BRODERICK
                                   Federal Defender

                                   /s/ M. Petrik
                                   _____
                                   MICHAEL PETRIK, Jr.
                                   Assistant Federal Defender
                                   Attorneys GARY TRUONG


Dated: December 8, 2011            BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ M.Petrik for Jason Hitt
                                   _____
                                   JASON HITT
                                   Assistant U.S. Attorney

**ORDER**

IT IS ORDERED:

1. that the defendant be released from the Butte County Jail on Monday, December 12, 2011, at 9:00 a.m., to the temporary custody of Nhi Truong, the defendant's father, who has agreed to act as a third party custodian;

2. that upon release the defendant shall remain with the third party custodian, and reside at his residence located at 705 25th Street, Oakland, California 94612;

3. that the defendant shall be at the residence of the third party custodian from 9:00 p.m. until 6:00 a.m. each evening, unless he is required to be at the hospital;

4. that the defendant shall report by telephone to the Pretrial Services Agency each day; and,

5. that the defendant shall return to the Butte County Jail by 2:00 pm on December 19, 2011.

DATED: December 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE