```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   GARY TRUONG
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 UNITED STATES OF AMERICA,       )  Case No. 09-421 GEB
                                   )
12              Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                   )  TO CONTINUE STATUS CONFERENCE TO
13      v.                         )  JANUARY 27, 2012, AT 9:00 A.M.
                                   )
14 GARY TRUONG,                    )  Date:  December 16, 2011
                                   )  Time:  9:00 a.m.
15                                 )  Judge: Garland E. Burrell, Jr.
                Defendant.         )
16                                 )
   _____ )
17
```

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for December 16, 2011, at 9:00 a.m., and reset it for January 27, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through January 27, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: December 13, 2011  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys GARY TRUONG

Dated: December 13, 2011  BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on January 27, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: December 13, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2