1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California 95814
4 Telephone: (916) 498-5700

5 Attorneys for Defendant
GARY TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>GARY TRUONG,<br><br>        Defendant. | Case No. 09-421 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 13, 2012, AT 9:00 A.M.<br><br>Date: March 2, 2012<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 2, 2012, at 9:00 a.m., and reset it for April 13, 2012, at 9:00 a.m.

Counsel for defendant requires further time to review discovery, to confer with client, and to prepare.

The parties further stipulate that the Court should exclude the period from the date of this order through April 13, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting

1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: February 29, 2012     Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys GARY TRUONG

Dated: February 29, 2012     BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on April 13, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February 29, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2