1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RESCHEDULING PARTIES' APPEARANCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** |
| v. | |
| VI TRUONG, | |
| Defendant. | |

IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong and plaintiff United States of America, through their respective counsel, that the Court vacate the currently scheduled date of April 13, 2012, at 9:00 a.m., and reset it for July 13, 2012, at 9:00 a.m. Counsel for Mr. Truong has a personal familial matter, and therefore respectfully requests that the April 13, 2012 date be reset.

THE PARTIES STIPULATE that time should be excluded from April 13, 2012, through July 13, 2012, when the Court computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time within the meaning of 18 U.S.C. section 3161(h)(7)(A) and (B)

//

(Local Code T4).

**IT IS SO STIPULATED**

Dated: April 12, 2012         /s/ Douglas Horngrad
                              DOUGLAS HORNGRAD
                              Attorney for Defendant
                              VI TRUONG


Dated: April 12, 2012         /s/ with consent
                              JASON HITT
                              Assistant United States Attorney


**ORDER**

**IT IS SO ORDERED.** The Court further orders that time is excluded from April 13, 2012, through July 13, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A) and (B) (Local Code T4).

Dated: April 12, 2012

                              GARLAND E. BURRELL, JR.
                              United States District Judge