```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GARY TRUONG
 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,   )  Case No. 09-421 GEB
                                )
12           Plaintiff,         )  STIPULATION AND ORDER
                                )  CONTINUING STATUS CONFERENCE TO
13       v.                     )  AUGUST 31, 2012, AT 9:00 A.M.
                                )
14  GARY TRUONG,                )  Date:  August 3, 2012
                                )  Time:  9:00 a.m.
15                              )  Judge: Garland E. Burrell, Jr.
             Defendant.         )
16                              )
    _____ )
17
```

18      THE PARTIES STIPULATE, through their respective attorneys, that

19 the Court should vacate the status conference scheduled for August 3,

20 2012, at 9:00 a.m., and reset it for August 31, 2012, at 9:00 a.m.

21      Counsel for defendant requires further time to review discovery,

22 to confer with client, and to prepare.

23      The parties further stipulate that the Court should exclude the

24 period from the date of this order through August 31, 2012, when it

25 computes the time within which the trial of the above criminal

26 prosecution must commence for purposes of the Speedy Trial Act.  The

27 parties stipulate that the ends of justice served by granting

28

                                    1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: July 31, 2012

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
———————————————
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys GARY TRUONG

Dated: July 31, 2012

BENJAMIN B. WAGNER
United States Attorney

/s/ M. Petrik for Jason Hitt
———————————————
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on August 31, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 31, 2012

———————————————
GARLAND E. BURRELL, JR.
Senior United States District Judge