```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    GARY TRUONG
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) Case No. 09-421 GEB
                                 )
12              Plaintiff,       ) STIPULATION AND [PROPOSED] ORDER
                                 ) CONTINUING STATUS CONFERENCE TO
13       v.                      ) OCTOBER 12, 2012, AT 9:00 A.M.
                                 )
14  GARY TRUONG,                 ) Date: September 28, 2012
                                 ) Time: 9:00 a.m.
15                               ) Judge: Garland E. Burrell, Jr.
                Defendant.       )
16                               )
    _____ )
17
```

18      THE PARTIES STIPULATE, through their respective attorneys, that
19 the Court should vacate the status conference scheduled for September
20 28, 2012, at 9:00 a.m., and reset it for October 12, 2012, at 9:00 a.m.
21      Counsel for defendant requires further time to review discovery,
22 to confer with client, and to prepare.
23      The parties further stipulate that the Court should exclude the
24 period from the date of this order through October 12, 2012, when it
25 computes the time within which the trial of the above criminal
26 prosecution must commence for purposes of the Speedy Trial Act.  The
27 parties stipulate that the ends of justice served by granting

28                                  1

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: September 26, 2012  Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M. Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys GARY TRUONG

Dated: September 26, 2012  BENJAMIN B. WAGNER
United States Attorney

/s/ M. Petrik for Jason Hitt
_____
JASON HITT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on October 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4). The Court finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated: September 26, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge