1  DOUGLAS I. HORNGRAD
   Attorney at Law
2  California State Bar No. 95086
   1736 Stockton Street
3  Maybeck Building Four
   San Francisco, California 94133
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  VI TRUONG

7

8                  UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. 2:09-cr-00421 GEB

12            Plaintiff,                   **STIPULATION AND [PROPOSED]**
                                           **ORDER RESCHEDULING**
13       v.                                **APPEARANCE AND EXCLUDING**
                                           **TIME UNDER SPEEDY TRIAL ACT**
14  VI TRUONG,

15            Defendant.
    _____/
16

17       IT IS RESPECTFULLY REQUESTED, by defendant Vi Truong and plaintiff United

18  States of America, through their respective counsel, that the Court vacate the currently

19  scheduled November 2, 2012 Trial Confirmation Hearing and December 4, 2012 Jury Trial

20  dates and reset the matter for Change of Plea on November 16, 2012.  The grounds for this

21  request are that the parties are very close to reaching an agreement and need a brief period

22  of time to finalize the details.

23       THE PARTIES STIPULATE that time should be excluded from November 2, 2012,

24  through November 16, 2012, when the Court computes the time within which the trial of the

25  above criminal prosecution must commence for purposes of the Speedy Trial Act.  The

26  parties stipulate that the ends of justice served by granting defendant's request for a

27  continuance outweigh the best interest of the public and the defendant in a speedy trial, and

28  that this is an appropriate exclusion of time within the meaning of 18 U.S.C. section

1  3161(h)(7)(A) and (B) (Local Code T4).

2      **IT IS SO STIPULATED**

3

4  Dated: November 1, 2012            /s/ Douglas Horngrad
                                       DOUGLAS HORNGRAD
5                                      Attorney for Defendant
                                       VI TRUONG
6

7

   Dated: November 1, 2012            /s/ with consent
8                                      JASON HITT
                                       Assistant United States Attorney
9

10                             **ORDER**

11      **IT IS SO ORDERED.**   The Court further orders that time is excluded from

12  November 2, 2012, through November 16, 2012, pursuant to 18 U.S.C. section 3161(h)(7)(A)

13  and (B) (Local Code T4).

14  Dated:  November 1, 2012

15

16

17  GARLAND E. BURRELL, JR.
    Senior United States District
18  Judge

19

20

21

22

23

24

25

26

27

28