1  **DOUGLAS I. HORNGRAD**
   **Attorney at Law**
2  (CA State Bar No. 95086)
   Maybeck Building Four
3  1736 Stockton Street
   San Francisco, CA 94133-2926
4  Telephone: (415) 397-9509
   Facsimile: (415) 397-9519
5
   Attorney for Defendant
6  **VI TRUONG**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-00421-GEB |
| Plaintiff, | **[PROPOSED] ORDER TO EXONERATE PROPERTY BOND** |
| v. | |
| VI TRUONG, | |
| Defendant. | |

Upon application of defendant Vi Truong, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the property used to secure defendant Vi Truong's bond with 8 deeds of trust, shall be released and exonerated. The deeds of trust shall be returned to its owner. The property bond in the amount of $500,000 is hereby exonerated. The property shall be reconveyed.

**Dated: June 12, 2013**

_____
**GARLAND E. BURRELL, JR.**
**Senior United States District Judge**